# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

**ISAIAH FAWKES,** ) **D.C. CR. NO. 2004-172**
    Petitioner, )
) Ref.: D.C. CV. No. 2009-102
    v. )
)
**UNITED STATES OF AMERICA**, )
    Respondent. )
_____ )

# O R D E R

Consistent with the memorandum opinion of even date, it is hereby

**ORDERED** that the Government's motion to dismiss Fawkes' 28 U.S.C. § 2255 motion as time-barred is **GRANTED**; and further

**ORDERED** that Fawkes' 28 U.S.C. § 2255 motion is **DISMISSED**; and further

**ORDERED** that other pending motions, if any, are **DENIED** as moot; and further

**ORDERED** that a certificate of appealability is not warranted; and finally

**ORDERED** that the Clerk of the Court shall **CLOSE** the above-captioned files.

**DONE AND SO ORDERED** this <u>9</u> day of September 2011.

                                      **E N T E R:**

                                      /s/ Raymond L. Finch
                                      _____
                                      **RAYMOND L. FINCH**
                                      **SENIOR DISTRICT JUDGE**

*Fawkes v. USA*
D.C. CR. NO. 2004-172
Order
Page 2

**Copies to:**
    George W. Cannon, Jr., Magistrate Judge
    Eric Chancellor, Esq.
    Alphonso Andrews, AUSA
    Jerry D. Massie, AUSA
    Isaiah Fawkes, Reg. No. 07497-094, MDC Guaynabo, P.O. Box
        2005, Cataño, PR 00963-2005 (PLEASE MARK: "Legal Mail")